UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 2 5 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

)
SAIFULLAH PARACHA,                          )
                                            )
            Petitioner,                     )
                                            )
      v.                                    )      Civil Action No. 04-2022 (PLF)
                                            )
BARACK OBAMA, et al.,                       )
                                            )
            Respondents.                    )
_____)

## MEMORANDUM OPINION AND ORDER

This matter came before the Court for argument on petitioner's motion for

summary judgment and his renewed motion for summary judgment. The Court reviewed all of

the papers filed by the parties with respect to this matter. Petitioner argues that, even accepting

all of the factual assertions made by the government, he is entitled to summary judgment on his

petition for habeas corpus, and therefore to his release. He maintains that this is so regardless of

whether the Court applies his view of the appropriate definition of "enemy combatant" to the

facts of this case or, as stated in his more recent filings and at oral argument, whether the Court

applies the government's new "definitional framework" as set forth on page 2 of the

government's filing of November 13, 2009 -- and in particular the second sentence of that

framework, because both parties agree that this sentence is most likely to be applicable in this

case. The Court has considered both alternatives, and has concluded that under either of the

asserted legal bases for detention there are genuine issues of material fact that cannot be resolved

on a motion for summary judgment and must await a hearing on the merits. For these reasons, it is hereby

ORDERED that petitioner's motion for summary judgment [# 28] and his renewed motion for summary judgment [# 224] are DENIED.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 3/25/09